No. 95–8796. In re Sisk. Petition for writ of habeas corpus denied.

No. 95–8387. In re Spellman; and

No. 95–8453. In re James. Petitions for writs of mandamus denied.

No. 95–8448. In re Flynn; and

No. 95–8454. In re Maxwell. Petitions for writs of prohibition denied.

No. 95–1181. Dunn et al. v. Commodity Futures Trading Commission et al. C. A. 2d Cir. Certiorari granted. ▮

No. 95–1608. McKenna, Director, Ramsey County Department of Property Records and Revenue, et al. v. Twin Cities Area New Party. C. A. 8th Cir. Certiorari granted. ▮

No. 95–1598. Young et al. v. Harper. C. A. 10th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted. ▮

No. 94–1230. Fraidin v. Weitzman et al. Ct. Sp. App. Md. Certiorari denied. ▮

No. 94–1337. Liberty Mutual Insurance Co. v. Chemstar, Inc., et al. (three judgments). C. A. 9th Cir. Certiorari denied. ▮

No. 94–1890. Honda Motor Co., Ltd., et al. v. Oberg. Sup. Ct. Ore. Certiorari denied. ▮

No. 95–433. Wolfberg et ux. v. Greenberg. C. A. 10th Cir. Certiorari denied. ▮

No. 95–563. Construction and Laborers' Union Local No. 324 et al. v. Murray. C. A. 9th Cir. Certiorari denied. ▮